UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN T. WASHINGTON, Jr.,

                Plaintiff,

v.

LAS VEGAS PARKING INC., *et al*.,

                Defendants.

Case No. 2:19-cv-01486-RFB-DJA

**ORDER**

     Before the Court for consideration is the Report and Recommendation [ECF No. 5] of the Honorable Daniel J. Albregts, United States Magistrate Judge, entered December 27, 2019.

     A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 10, 2020. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

| | |
|---|---|
| 1 | **IT IS THEREFORE ORDERED** that the Amended Report and Recommendation [ECF |
| 2 | No. 5] is ACCEPTED and ADOPTED in full. |
| 3 | **IT IS FURTHER ORDERED** the case be DISMISSED as this Court lacks subject matter |
| 4 | jurisdiction. |
| 5 | **IT IS FURTHER ORDERED** that Plaintiff's application to proceed in forma pauperis |
| 6 | (ECF No. 1) be DENIED as moot |
| 7 | The Court Clerk is directed to mail a copy of this order to Plaintiff. |

DATED: February 7, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**